UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA® MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. 2:07-md-01871-CMR |
| | MDL 1871 |
| THIS RELATES TO: | |
| | Individual Case Numbers: |
| *Joseph Abel v. GlaxoSmithKline LLC* | 2:10-cv-04756-CMR |
| *Billy Alexander v. GlaxoSmithKline LLC* | 2:10-cv-04757-CMR |
| *Mary Ashfield v. GlaxoSmithKline LLC* | 2:10-cv-03262-CMR |
| *Betty Baker v. GlaxoSmithKline LLC* | 2:10-cv-03235-CMR |
| *Donna Banks v. GlaxoSmithKline LLC* | 2:10-cv-04759-CMR |
| *Jeffery Bates v. GlaxoSmithKline LLC* | 2:10-cv-04762-CMR |
| *Calvin Henry Bendixon v. GlaxoSmithKline LLC* | 2:10-cv-04758-CMR |
| *Lilly Billings, et. al. v. GlaxoSmithKline LLC* | 2:10-cv-01517-CMR |
| *Lee Bonds v. GlaxoSmithKline LLC* | 2:10-cv-04632-CMR |
| *Michael Buckley v. GlaxoSmithKline LLC* | 2:10-cv-04764-CMR |
| *Christopher Crowley v. GlaxoSmithKline LLC* | 2:10-cv-03932-CMR |
| *Vida Lee Dunn v. GlaxoSmithKline LLC* | 2:10-cv-04769-CMR |
| *Thomas B. Gettys v. GlaxoSmithKline LLC* | 2:10-cv-04771-CMR |
| *Clarence Green v. GlaxoSmithKline LLC* | 2:10-cv-04630-CMR |
| *Dwight Homman v. GlaxoSmithKline LLC* | 2:10-cv-04776-CMR |
| *Henry Phillip Hudgens v. GlaxoSmithKline LLC* | 2:10-cv-05295-CMR |
| *Barbara Jackson v. GlaxoSmithKline LLC* | 2:10-cv-04778-CMR |
| *Ruth Johnson v. GlaxoSmithKline LLC* | 2:10-cv-04780-CMR |
| *Isabella Jones v. GlaxoSmithKline LLC* | 2:10-cv-04629-CMR |
| *Evelyn Levine v. GlaxoSmithKline LLC* | 2:10-cv-04631-CMR |
| *Lloyd Lisco v. GlaxoSmithKline LLC* | 2:10-cv-04714-CMR |
| *Charles Marable v. GlaxoSmithKline LLC* | 2:10-cv-04782-CMR |
| *Robert Martin v. GlaxoSmithKline LLC* | 2:10-cv-04784-CMR |
| *Robert McLaughlin v. GlaxoSmithKline LLC* | 2:10-cv-04785-CMR |
| *Adam Mernick v. GlaxoSmithKline LLC* | 2:10-cv-04786-CMR |
| *Lisa Miller v. GlaxoSmithKline LLC* | 2:10-cv-04788-CMR |
| *William Murphy v. GlaxoSmithKline LLC* | 2:10-cv-04797-CMR |
| *Mary Ann Myers v. GlaxoSmithKline LLC* | 2:10-cv-04798-CMR |
| *Russell Narvin v. GlaxoSmithKline LLC* | 2:10-cv-04800-CMR |
| *Carolyn Newman v. GlaxoSmithKline LLC* | 2:10-cv-04802-CMR |
| *Joanne O'Neil v. GlaxoSmithKline LLC* | 2:10-cv-02061-CMR |
| *Shawn A. Parker-Turner v. GlaxoSmithKline LLC* | 2:10-cv-04804-CMR |
| *David Perrine v. GlaxoSmithKline LLC* | 2:10-cv-04789-CMR |
| *Larry Darnell Phifer v. GlaxoSmithKline LLC* | 2:10-cv-04806-CMR |
| *Monica Pierce v. GlaxoSmithKline LLC* | 2:10-cv-04808-CMR |
| *Artis R. Poole v. GlaxoSmithKline LLC* | 2:10-cv-04810-CMR |

| | |
|---|---|
| *Ruby Reasonover v. GlaxoSmithKline LLC* | 2:10-cv-04811-CMR |
| *Natividad Rios v. GlaxoSmithKline LLC* | 2:10-cv-04812-CMR |
| *Dermot Samuda v. GlaxoSmithKline LLC* | 2:10-cv-01518-CMR |
| *Robbie Singletary v. GlaxoSmithKline LLC* | 2:10-cv-04813-CMR |
| *William Slom v. GlaxoSmithKline LLC* | 2:10-cv-04628-CMR |
| *Carolina Smart v. GlaxoSmithKline LLC* | 2:10-cv-04814-CMR |
| *Aaron Smith v. GlaxoSmithKline LLC* | 2:10-cv-04815-CMR |
| *Margaret Staples v. GlaxoSmithKline LLC* | 2:10-cv-04816-CMR |
| *Audrey Steiner v. GlaxoSmithKline LLC* | 2:10-cv-04817-CMR |
| *Russell Edward Stringfellow v. GlaxoSmithKline LLC* | 2:10-cv-04819-CMR |
| *Andreas M. Thoms v. GlaxoSmithKline LLC* | 2:10-cv-04791-CMR |
| *Luke Trovarelli v. GlaxoSmithKline LLC* | 2:10-cv-04793-CMR |
| *Hazel Vise v. GlaxoSmithKline LLC* | 2:10-cv-04794-CMR |
| *Wanda Weingart v. GlaxoSmithKline LLC* | 2:10-cv-05588-CMR |
| *Marsha Widdows v. GlaxoSmithKline LLC* | 2:09-cv-04643-CMR |
| *Robert Wood v. GlaxoSmithKline LLC* | 2:11-cv-0445-CMR |

_____

## PLAINTIFFS' MOTION TO WITHDRAW
## JOHN J. DRISCOLL AND THE DRISCOLL FIRM AS ATTORNEY

Plaintiffs, by their counsel undersigned, pursuant to Local Rule 5.1(c) of this Court, and Pretrial Order No. 41 in the Avandia MDL, moves for this Court's order withdrawing John J. Driscoll and The Driscoll Firm, P.C. as attorney for Plaintiff. Bill Robins III, a member in good standing of the Bar Association of New Mexico, the Bar Association of Texas, and an attorney at the law firm of Heard, Robins, Cloud & Black, LLP, has entered his appearance on behalf of the Plaintiffs in the matters above as lead counsel and will continue in that capacity. Counsel avows that he served a copy of this notice on Plaintiffs this date by first class mail, postage prepaid, to their address on file with counsel's office. For the foregoing reasons, Plaintiffs respectfully moves for this Court's order withdrawing John J. Driscoll and The Driscoll Firm, P.C. as attorney for Plaintiffs.

Dated: September 13, 2011

                        Respectfully submitted,

                        THE DRISCOLL FIRM, P.C.

            BY:    /s/ John J. Driscoll
                      John J. Driscoll, MN 388540
                      211 N. Broadway, Ste. 2440
                      St. Louis, MO  63102
                      (314) 932-3232
                      (314) 932-3233 facsimile
                      john@thedriscollfirm.com

                      *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     The undersigned attorney hereby certifies that on this 13th day of September, 2011, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record.

                      /s/   John J. Driscoll