




RECEIVED

FEB 1 3 2012

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE AVANDIA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL 1871<br>Case No.: 07-md-01871 |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Joseph Abel v. GlaxoSmithKline LLC | 2:10-cv-4756-CMR |
| Fiseha Abraham, et al v. GlaxoSmithKline, LLC | 2:10-cv-06169-CMR |
| Gerald Acosta v. SmithKline Beecham Corp. | 2:08-cv-03642-CMR |
| David Adams v. SmithKline Beecham Corp. | 2:10-cv-4603-CMR |
| Prem Aggarwal v. GlaxoSmithKline, LLC | 2:10-cv-06158-CMR |
| Walter Alexander, Jr. v. GlaxoSmithKline LLC | 2:10-cv-6223-CMR |
| Leonard Allen v. GlaxoSmithKline, LLC | 2:10-cv-06155-CMR |
| John Alves v. GlaxoSmithKline LLC | 2:10-cv-6220-CMR |
| Mary Ashfield v. GlaxoSmithKline PLC, et al. | 2:10- cv-3262-CMR |
| Terry Ashley v. GlaxoSmithKline LLC | 2:10-cv-6217-CMR |
| Geneva Ayers v. GlaxoSmithKline LLC | 2:10-cv-6211-CMR |
| Herbert Baker v. GlaxoSmithKline LLC, et al. | 2:10-cv-3235-CMR |
| Donna Banks v. GlaxoSmithKline LLC | 2:10-cv-4759-CMR |
| Mary Ann Barnard v. SmithKline Beecham Corp. | 2:10-cv-4602-CMR |
| Jeffery Bates v. GlaxoSmithKline LLC | 2:10-cv-4762-CMR |
| Michele Belanger v. GlaxoSmithKline LLC | 2:10-cv-6212-CMR |
| Judy Belknap v. GlaxoSmithKline, LLC | 2:10-cv-06164-CMR |
| Rita Benavente v. GlaxoSmithKline, LLC | 2:10-cv-06256-CMR |
| Calvin Henry Bendixon v. GlaxoSmithKline LLC | 2:10-cv-4758-CMR |
| Mary Bennett v. GlaxoSmithKline LLC | 2:10-cv-6218-CMR |
| Robert Berry v. GlaxoSmithKline LLC | 2:10-cv-6221-CMR |
| Vickie Bettison v. GlaxoSmithKline, LLC | 2:10-cv-06258-CMR |
| Robert Bichen v. SmithKline Beecham Corp. | 2:11-cv-2701-CMR |
| Jessie Billena v. GlaxoSmithKline LLC | 2:10-cv-6224-CMR |

| | |
|---|---|
| *Janie Billinger v. GlaxoSmithKline LLC* | 2:10-cv-6247-CMR |
| *Lilly Billings et al. v. SmithKline Beecham Corp.* | 2:10-cv-1517-CMR |
| *David Blevins v. GlaxoSmithKline, LLC* | 2:10-cv-06161-CMR |
| *Lee Bonds et al. v. GlaxoSmithKline LLC* | 2:10-cv-4632-CMR |
| *Kristen Brown et al v. GlaxoSmithKline, LLC* | 2:10-cv-07280-CMR |
| *Louella Brown v. SmithKline Beecham Corp.* | 2:10-cv-4601-CMR |
| *Kenneth Bryan v. GlaxoSmithKline, LLC* | 2:10-cv-00052-CMR |
| *Michael Buckley v. GlaxoSmithKline LLC* | 2:10-cv-4764-CMR |
| *Agnes Bullock v. SmithKline Beecham Corp.* | 2:10-cv-5308-CMR |
| *Anthony Caliento v. SmithKline Beecham Corp.* | 2:10-cv-4604-CMR |
| *Mary Carney v. GlaxoSmithKline LLC* | 2:10-cv-6253-CMR |
| *Jennie Chavez v. GlaxoSmithKline LLC* | 2:10-cv-6242-CMR |
| *Russell Civello et al. v. SmithKline Beecham Corp.* | 2:10-cv-01959-CMR |
| *Dorothy Clough et al. v. GlaxoSmithKline LLC* | 2:10-cv-6229-CMR |
| *Lloyd Collier v. SmithKline Beecham Corp.* | 2:10-cv-4670-CMR |
| *Edward Comeau v. GlaxoSmithKline LLC* | 2:10-cv-6239-CMR |
| *Rosemary Cravens v. SmithKline Beecham Corp.* | 2:10-cv-5309-CMR |
| *Roger Croteau v. GlaxoSmithKline LLC* | 2:10-cv-6240-CMR |
| *Christopher Crowley v. GlaxoSmithKline PLC, et al.* | 2:10-cv-3932-CMR |
| *Cheryl Green, et al. v. GlaxoSmithKline LLC* | 2:10-cv-6238-CMR |
| *Reginald Darby v. SmithKline Beecham Corp.* | 2:10-cv-4074-CMR |
| *Jessie Day v. SmithKline Beecham Corp.* | 2:10-cv-5310-CMR |
| *David Decoff v. SmithKline Beecham Corp.* | 2:11-cv-01770-CMR |
| *Arthur Desjardins v. SmithKline Beecham Corp.* | 2:11-cv-4272-CMR |
| *Charlene Dieter v. GlaxoSmithKline LLC* | 2:10-cv-6233-CMR |
| *Cynthia R. Dix et al. v. SmithKline Beecham Corp.* | 2:10-cv-4066-CMR |
| *Paul Dorch v. GlaxoSmithKline LLC* | 2:10-cv-6232-CMR |
| *Vida Lee Dunn v. GlaxoSmithKline LLC* | 2:10-cv-4769-CMR |
| *Gladys Dwyer v. SmithKline Beecham Corp.* | 2:10-cv-4606-CMR |
| *Jonathan Edwards et al. v. SmithKline Beecham Corp.* | 2:08-cv-03637-CMR |
| *Mary Ellerbee v. SmithKline Beecham Corp.* | 2:10-cv-4600-CMR |

| | |
|---|---|
| *Kathryn Ellicott v. GlaxoSmithKline LLC* | 2:10-cv-6244-CMR |
| *Patricia Elliott v. GlaxoSmithKline, LLC* | 2:11-cv-06610-CMR |
| *Warren Evans et al. v. SmithKline Beecham Corp.* | 2:11-cv-00058-CMR |
| *Allan Fabre v. SmithKline Beecham Corp.* | 2:08-cv-03476-CMR |
| *Raquel Farris v. GlaxoSmithKline LLC* | 2:11-cv-01021-CMR |
| *Edward Fast et al. v. SmithKline Beecham Corp.* | 2:08-cv-03473-CMR |
| *Ricardo Flo v. GlaxoSmithKline, LLC* | 2:11-cv-06611-CMR |
| *Robert Ford v. SmithKline Beecham Corp.* | 2:10-cv-4610-CMR |
| *Anthony Fosella v. SmithKline Beecham Corp.* | 2:10-cv-4077-CMR |
| *Augusta Garrick et al. v. SmithKline Beecham Corp.* | 2:10-cv-05471-CMR |
| *Miles Gentry v. SmithKline Beecham Corp.* | 2:10-cv-5312-CMR |
| *Thomas B. Gettys v. GlaxoSmithKline LLC* | 2:10-cv-4771-CMR |
| *Gregory Giddens v. GlaxoSmithKline LLC* | 2:10-cv-6228-CMR |
| *Richard Goldstone v. GlaxoSmithKline, LLC* | 2:10-cv-06153-CMR |
| *Margarita Gomez v. GlaxoSmithKline LLC* | 2:11-cv-00483-CMR |
| *Kevin Goods v. GlaxoSmithKline, LLC* | 2:10-cv-07295-CMR |
| *Bobby Green v. GlaxoSmithKline, LLC* | 2:10-cv-07281-CMR |
| *Clarence Green v. GlaxoSmithKline LLC* | 2:10-cv-4630-CMR |
| *George Gurtner v. SmithKline Beecham Corp.* | 2:08-cv-03474-CMR |
| *Angel Guzman v. GlaxoSmithKline, LLC* | 2:11-cv-06606-CMR |
| *Joan Hafeman v. GlaxoSmithKline, LLC* | 2:10-cv-06162-CMR |
| *William Hanekamp v. SmithKline Beecham Corp.* | 2:08-cv-03641-CMR |
| *James M. Hansen, et al v. GlaxoSmithKline, LLC* | 2:10-cv-07296-CMR |
| *Beverly Harper v. GlaxoSmithKline, LLC* | 2:10-cv-07297-CMR |
| *Debbie Helms, et al. v. GlaxoSmithKline, LLC* | 2:10-cv-06166-CMR |
| *Connie Hildreth et al. v. SmithKline Beecham Corp.* | 2:11-cv-01608-CMR |
| *Dwight Homman v. GlaxoSmithKline LLC* | 2:10-cv-4776-CMR |
| *Elbert Hopkins v. GlaxoSmithKline LLC* | 2:10-cv-6230-CMR |
| *Cametta Hoskins v. GlaxoSmithKline, LLC* | 2:10-cv-07298-CMR |
| *Henry Phillip Hudgens v. GlaxoSmithKline LLC* | 2:10-cv-5295-CMR |
| *Doris Hunt v. SmithKline Beecham Corp.* | 2:10-cv-5313-CMR |

| | |
|---|---|
| *James Hyde v. SmithKline Beecham Corp.* | 2:10-cv-4069-CMR |
| *Eddie Lee Isbell, Sr. v. SmithKline Beecham Corp.* | 2:10-cv-01627-CMR |
| *Barbara Jackson v. GlaxoSmithKline LLC* | 2:10-cv-4778-CMR |
| *Madeline Johnson v. GlaxoSmithKline LLC* | 2:10-cv-6237-CMR |
| *Peggy Johnson v. SmithKline Beecham Corp.* | 2:08-cv-03471-CMR |
| *Ruth Johnson v. GlaxoSmithKline LLC* | 2:10-cv-4780-CMR |
| *Herman Jones v. GlaxoSmithKline, LLC* | 2:10-cv-06257-CMR |
| *Isabell Jones et al. v. GlaxoSmithKline LLC* | 2:10-cv-4629-CMR |
| *Matthew Jones v. SmithKline Beecham Corp.* | 2:08-cv-03639-CMR |
| *Virgie Jones et al. v. SmithKline Beecham Corp.* | 2:09-cv-03646-CMR |
| *Anna Joseph v. GlaxoSmithKline LLC* | 2:10-cv-6235-CMR |
| *James Joseph v. GlaxoSmithKline, LLC* | 2:10-cv-07291-CMR |
| *Carol Katz v. SmithKline Beecham Corp.* | 2:10-cv-4068-CMR |
| *Cathryn Keys, et al v. GlaxoSmithKline, LLC* | 2:10-cv-06170-CMR |
| *David Krieger v. SmithKline Beecham Corp.* | 2:11-cv-5648-CMR |
| *Jennifer Nazario et al. v. GlaxoSmithKline LLC* | 2:11-cv-00566-CMR |
| *Judy Labadie et al. v. SmithKline Beecham Corp.* | 2:09-cv-07191-CMR |
| *Rebecca LeBlue et al. v. SmithKline Beecham Corp.* | 2:08-cv-03475-CMR |
| *Evelyn Levine v. GlaxoSmithKline LLC* | 2:10-cv-4631-CMR |
| *Lloyd Lisco et al. v. GlaxoSmithKline LLC* | 2:10-cv-4714-CMR |
| *Roger Long v. GlaxoSmithKline LLC* | 2:10-cv-6236-CMR |
| *Shirley A. Lynch, et al v. GlaxoSmithKline, LLC* | 2:10-cv-06157-CMR |
| *Charles Marable v. GlaxoSmithKline LLC* | 2:10-cv-4782-CMR |
| *Ernest Martinez v. GlaxoSmithKline LLC* | 2:10-cv-6226-CMR |
| *Joe Eddie Martinez v. GlaxoSmithKline LLC* | 2:10-cv-6227-CMR |
| *Robert Marton v. GlaxoSmithKline LLC* | 2:10-cv-4784-CMR |
| *Annamma Mathew v. GlaxoSmithKline LLC* | 2:10-cv-6250-CMR |
| *Mildred Mattison v. SmithKline Beecham Corp.* | 2:10-cv-5316-CMR |
| *Edsel McCarthy v. GlaxoSmithKline LLC* | 2:10-cv-6245-CMR |
| *Edwin McClung v. SmithKline Beecham Corp.* | 2:10-cv-5317-CMR |
| *James McDonald v. GlaxoSmithKline LLC* | 2:10-cv-6246-CMR |

| | |
|---|---|
| *William McKinley v. SmithKline Beecham Corp.* | 2:10-cv-5307-CMR |
| *Robert McLaughlin v. GlaxoSmithKline LLC* | 2:10-cv-4785-CMR |
| *Bautista Melendez v. GlaxoSmithKline LLC* | 2:10-cv-6248-CMR |
| *Joseph Menikheim v. SmithKline Beecham Corp.* | 2:10-cv-5306-CMR |
| *Adam Mernick v. GlaxoSmithKline LLC* | 2:10-cv-4786-CMR |
| *Lisa Miller v. GlaxoSmithKline LLC* | 2:10-cv-4788-CMR |
| *Myrtle Miller v. GlaxoSmithKline LLC* | 2:10-cv-06187CMR |
| *Bobby Millins v. GlaxoSmithKline LLC* | 2:10-cv-06195-CMR |
| *Geraldine Mitchell v. SmithKline Beecham Corp.* | 2:10-cv-4575-CMR |
| *Nicholas Montano et al. v. SmithKline Beecham Corp.* | 2:11-cv-04473-CMR |
| *Timothy Mooneyham v. GlaxoSmithKline LLC* | 2:10-cv-06194-CMR |
| *Christa Murgida v. GlaxoSmithKline LLC* | 2:10-cv-06249-CMR |
| *William Murphy v. GlaxoSmithKline LLC* | 2:10-cv-4797-CMR |
| *Donald H. Murray, et al   v. GlaxoSmithKline, LLC* | 2:10-cv-06165-CMR |
| *Mary Ann Myers v. GlaxoSmithKline LLC* | 2:10-cv-4798-CMR |
| *Russell Narvin v. GlaxoSmithKline LLC* | 2:10-cv-4800-CMR |
| *Royalette Nelson v. SmithKline Beecham Corp.* | 2:10-cv-4070-CMR |
| *Carolyn Newman v. GlaxoSmithKline LLC* | 2:10-cv-4802-CMR |
| *Norman Newman v. SmithKline Beecham Corp.* | 2:11-cv-00151-CMR |
| *Barry Nicholas v. SmithKline Beecham Corp.* | 2:07-cv-4986-CMR |
| *Howard Nichols, Jr. v. SmithKline Beecham Corp.* | 2:10-cv-5305-CMR |
| *Beverly O'Brien v. SmithKline Beecham Corp.* | 2:10-cv-4613-CMR |
| *Thomas Halverson et al. v. GlaxoSmithKline LLC* | 2:10-cv-6197-CMR |
| *Peter O'Neil v. SmithKline Beecham Corp.* | 2:10-cv-2061-CMR |
| *Richard W. Organowski, et al v. GlaxoSmithKline, LLC* | 2:10-cv-06172-CMR |
| *Judy Osborne v. GlaxoSmithKline, LLC* | 2:10-cv-07283-CMR |
| *Alfred O'Sullivan v. GlaxoSmithKline LLC* | 2:10-cv-6198-CMR |
| *Nat Palomarez v. GlaxoSmithKline LLC* | 2:10-cv-6199-CMR |
| *Darlene Pannullo v. SmithKline Beecham Corp.* | 2:10-cv-4614-CMR |
| *Shawn Parker-Turner v. GlaxoSmithKline LLC* | 2:10-cv-4804-CMR |
| *Rebecca Parris v. GlaxoSmithKline LLC* | 2:10-cv-6215-CMR |

| | |
|---|---|
| Peter Parzuchowski v. GlaxoSmithKline LLC | 2:10-cv-6216-CMR |
| David Perrine v. GlaxoSmithKline LLC | 2:10-cv-4789-CMR |
| James Petties v. GlaxoSmithKline, LLC | 2:10-cv-06156-CMR |
| Larry Darnell Phifer v. GlaxoSmithKline LLC | 2:10-cv-4806-CMR |
| Delaine Pierce v. GlaxoSmithKline, LLC | 2:11-cv-06608-CMR |
| Monica Pierce v. GlaxoSmithKline LLC | 2:10-cv-4808-CMR |
| Patricia Pike v. GlaxoSmithKline, LLC | 2:11-cv-06607-CMR |
| Ronald Plaisance v. SmithKline Beecham Corp. | 2:08-cv-03472-CMR |
| Artis R. Poole v. GlaxoSmithKline LLC | 2:10-cv-4810-CMR |
| Marcia Weller Preston v. SmithKline Beecham Corp. | 2:10-cv-718-CMR |
| John Price v. GlaxoSmithKline, LLC | 2:10-cv-06160-CMR |
| Thomas Pritchard v. GlaxoSmithKline LLC | 2:10-cv-6191-CMR |
| David Randall v. SmithKline Beecham Corp. | 2:10-cv-4861-CMR |
| Ruby Reasonover v. GlaxoSmithKline LLC | 2:10-cv-4811-CMR |
| Nemesiano Reyes v. GlaxoSmithKline LLC | 2:10-cv-4615-CMR |
| Gretchen Reynolds v. GlaxoSmithKline LLC | 2:10-cv-06200-CMR |
| Randy Rice v. SmithKline Beecham Corp. | 2:10-cv-4612-CMR |
| Natividad Rios v. GlaxoSmithKline LLC | 2:10-cv-4812-CMR |
| Mildred Ritchey v. SmithKline Beecham Corp. | 2:10-cv-4611-CMR |
| Keith Robbins v. SmithKline Beecham Corp. | 2:10-cv-04626-CMR |
| George Roebuck v. SmithKline Beecham Corp. | 2:10-cv-5304-CMR |
| Charles Rogers v. SmithKline Beecham Corp. | 2:10-cv-4622-CMR |
| Joann Rosenbaum v. GlaxoSmithKline LLC | 2:10-cv-6201-CMR |
| Judith M. Rossi, et al   v. GlaxoSmithKline, LLC | 2:10-cv-07289-CMR |
| Dermot Samuda et al. v. SmithKline Beecham Corp. | 2:10-cv-1518-CMR |
| Gloria Madrid et al. v. GlaxoSmithKline LLC | 2:10-cv-6202-CMR |
| Epsie Sanders v. SmithKline Beecham Corp. | 2:10-cv-05976-CMR |
| Pricisella Seabury v. SmithKline Beecham Corp. | 2:10-cv-4621-CMR |
| Gary Shaw v. GlaxoSmithKline LLC | 2:10-cv-6203-CMR |
| Robbie Singletary v. GlaxoSmithKline LLC | 2:10-cv-4813-CMR |
| Floyd Slack v. GlaxoSmithKline LLC | 2:10-cv-06189-CMR |

| | |
|---|---|
| *William Slom v. GlaxoSmithKline LLC* | 2:10-cv-4628-CMR |
| *Carolina Smart v. GlaxoSmithKline LLC* | 2:10-cv-4814-CMR |
| *Aaron Smith v. GlaxoSmithKline LLC* | 2:10-cv-4815-CMR |
| *Cynthia Smith, et al v. GlaxoSmithKline, LLC* | 2:10-cv-07290-CMR |
| *Thomas Spees v. SmithKline Beecham Corp.* | 2:10-cv-4071-CMR |
| *Stanley Spilman v. GlaxoSmithKline, LLC* | 2:10-cv-06081-CMR |
| *Ronald Stancil v. GlaxoSmithKline LLC* | 2:10-cv-6190-CMR |
| *Margaret Staples v. GlaxoSmithKline LLC* | 2:10-cv-4816-CMR |
| *Audrey Steiner v. GlaxoSmithKline LLC* | 2:10-cv-4817-CMR |
| *Allison Stephenson v. GlaxoSmithKline LLC* | 2:10-cv-6186-CMR |
| *Steven Stokes v. SmithKline Beecham Corp.* | 2:10-cv-5302-CMR |
| *Ronald Strickland v. GlaxoSmithKline LLC* | 2:11-cv-01774-CMR |
| *Russell Edward Stringfellow v. GlaxoSmithKline LLC* | 2:10-cv-4819-CMR |
| *Darlene Sutch v. GlaxoSmithKline LLC* | 2:10-cv-6193-CMR |
| *Trudy Taylor v. GlaxoSmithKline LLC* | 2:10-cv-06225-CMR |
| *Dwight Terrell v. SmithKline Beecham Corp.* | 2:10-cv-4699-CMR |
| *Chinita Terry v. GlaxoSmithKline, LLC* | 2:10-cv-07286-CMR |
| *Andreas M. Thoms v. GlaxoSmithKline LLC* | 2:10-cv-4791-CMR |
| *Bobby Thompson v. GlaxoSmithKline LLC* | 2:10-cv-6222-CMR |
| *Jeanette Thompson v. GlaxoSmithKline LLC* | 2:10-cv-06213-CMR |
| *Pamela Thornton v. GlaxoSmithKline LLC* | 2:10-cv-6188-CMR |
| *Clara Touchet et al. v. SmithKline Beecham Corp.* | 2:08-cv-03645-CMR |
| *Luke Trovarelli v. GlaxoSmithKline LLC* | 2:10-cv-4793-CMR |
| *Nathaniel Tyce v. SmithKline Beecham Corp.* | 2:10-cv-5301-CMR |
| *Julie Ulm et al. v. SmithKline Beecham Corp.* | 2:10-cv-05473-CMR |
| *Louella Valdez v. GlaxoSmithKline, LLC* | 2:11-cv-06609-CMR |
| *Gene Vasquez v. GlaxoSmithKline LLC* | 2:10-cv-6214-CMR |
| *Jeananne Ventura et al. v. SmithKline Beecham Corp.* | 2:10-cv-05474-CMR |
| *Hazel Vise v. GlaxoSmithKline LLC* | 2:10-cv-4794-CMR |
| *Matthew Walsh v. SmithKline Beecham Corp.* | 2:10-cv-4619-CMR |
| *Michael Walsh v. GlaxoSmithKline LLC* | 2:10-cv-6209-CMR |

| | |
|---|---|
| *Delores Washington   v. GlaxoSmithKline, LLC* | 2:10-cv-07293-CMR |
| *Patricia Watson v. GlaxoSmithKline LLC* | 2:10-cv-6208-CMR |
| *Allen Weed v. SmithKline Beecham Corp.* | 2:10-cv-4072-CMR |
| *Wanda Weingart v. GlaxoSmithKline LLC* | 2:10-cv-5588-CMR |
| *James Widdows v. SmithKline Beecham Corp.* | 2:09-cv-4643-CMR |
| *Darlene Williams v. SmithKline Beecham Corp.* | 2:10-cv-5300-CMR |
| *Joe Williams v. SmithKline Beecham Corp.* | 2:10-cv-5299-CMR |
| *John Williams v. GlaxoSmithKline, LLC* | 2:10-cv-07292-CMR |
| *John E. Williams v. GlaxoSmithKline LLC* | 2:10-cv-6207-CMR |
| *Harry Wilson, Jr. v. SmithKline Beecham Corp.* | 2:10-cv-04643-CMR |
| *Ricky D. Wilson v. GlaxoSmithKline LLC* | 2:10-cv-06205-CMR |
| *Robert Wilson v. GlaxoSmithKline, LLC* | 2:10-cv-06168-CMR |
| *Janice Tyson Wolf, et al v. GlaxoSmithKline, LLC* | 2:10-cv-07294-CMR |
| *Robert Wood et al. v. GlaxoSmithKline LLC* | 2:11-cv-06172-CMR |
| *Richard Woodfork v. SmithKline Beecham Corp.* | 2:08-cv-03469-CMR |
| *Gerald Yost v. GlaxoSmithKline LLC* | 2:10-cv-06210-CMR |
| *Raul Zambrana-Quiles v. SmithKline Beecham Corp.* | 2:08-cv-02189-CMR |
| *John Zenga v. SmithKline Beecham Corp.* | 2:10-cv-4067-CMR |

## STIPULATION AND ORDER TO PLACE IN ADMINISTRATIVE SUSPENSE

The undersigned counsel hereby stipulate that the above-captioned actions are subject to a Master Settlement Agreement between Heard, Robins, Cloud & Black, LLP and GlaxoSmithKline LLC, and that they may be placed in administrative suspense pending ultimate conclusion of settlement.

8

Dated:   January 20, 2012

Dated:   ~~January~~   February 13, 2012

HEARD, ROBINS, CLOUD & BLACK LLP

PEPPER HAMILTON LLP

By: _____

    Bill Robins III
300 Paseo De Peralta, Suite 200
Santa Fe, NM 87501
(505) 986-0600 (Telephone)
(505) 986-0632 (Facsimile)

By: _____

    Nina M. Gussack
    George A. Lehner
    Kenneth H. Zucker
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA   19103-2799
(215) 981-4000

Attorneys for Plaintiffs

Attorneys for Defendant GlaxoSmithKline LLC

SO ORDERED, the Clerk being directed to mark
above-captioned actions on the docket as
ADMINISTRATIVELY SUSPENDED.

Dated: _Feb. 14th_ 2012

_____
Honorable Cynthia M. Rufe
United States District Judge

9