IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
|---|---|
| THIS DOCUMENT RELATES TO: | Case No. |
| Judy Belknap, et al. | 2:10-cv-06164-CMR |
| Calvin Bendixon, et al. | 2:10-cv-04758-CMR |
| Louella Brown, et al. | 2:10-cv-04601-CMR |
| Patricia Elliott, et al. | 2:11-cv-06610-CMR |
| Cheryl Green, et al. | 2:10-cv-06238-CMR |
| Clarence Green, et al. | 2:10-cv-04630-CMR |
| Angel Guzman, et al. | 2:11-cv-06606-CMR |
| James Hansen, et al. | 2:10-cv-07296-CMR |
| Elbert Hopkins, et al. | 2:10-cv-06230-CMR |
| Cametta Hoskins, et al. | 2:10-cv-07298-CMR |
| Henry Hudgens, et al. | 2:10-cv-05295-CMR |
| Lloyd Lisco, et al. | 2:10-cv-04714-CMR |
| Roger Long, et al. | 2:10-cv-06236-CMR |
| Robert Marton, et al. | 2:10-cv-04784-CMR |
| Russell Marvin, et al. | 2:10-cv-04800-CMR |
| James McDonald, et al. | 2:10-cv-06246-CMR |
| William McKinley, et al. | 2:10-cv-05307-CMR |
| Betty Menikheim, et al. | 2:10-cv-05306-CMR |
| Donald Murray, et al. | 2:10-cv-06165-CMR |
| Royalette Nelson, et al. | 2:10-cv-04070-CMR |
| Norman Newman, et al. | 2:11-cv-00151-CMR |
| Howard Nichols, Jr., et al. | 2:10-cv-05305-CMR |
| Nat Palomarez, et al. | 2:10-cv-06199-CMR |
| Monica Pierce, et al. | 2:10-cv-04808-CMR |
| Rajiv Rastogi, et al. | 2:10-cv-05212-CMR |
| Sam Ritchey, et al. | 2:10-cv-04611-CMR |
| Judith Rossi, et al. | 2:10-cv-07289-CMR |
| Pricisella Seabury, et al. | 2:10-cv-04621-CMR |
| Margaret Staples, et al. | 2:10-cv-04816-CMR |
| Ronald Strickland, et al. | 2:11-cv-01774-CMR |

| | |
|---|---|
| Trudy Taylor, et al. | 2:10-cv-06225-CMR |
| Jeanette Thompson, et al. | 2:10-cv-06213-CMR |
| Linda Thoms, et al. | 2:10-cv-04791-CMR |
| Gene Vasquez, et al. | 2:10-cv-06214-CMR |
| Harold Williams, et al. | 2:10-cv-05300-CMR |
| Janice Tyson Wolf, et al. | 2:10-cv-07294-CMR |
| John Zenga, et al. | 2:10-cv-04067-CMR |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for plaintiffs in the above-captioned actions ("Plaintiffs") and defendant GlaxoSmithKline LLC ("GSK"), that all claims in the above-captioned actions asserted by Plaintiffs against all defendants are dismissed with prejudice, with each party to bear its own costs.

Dated: 9/11/2015

*[signature]*

Bill Robins III
Justin R. Kaufman
HEARD ROBINS CLOUD & BLACK, LLP
505 Cerrillos Road, Suite A209
Santa Fe, New Mexico 87501
(505) 986-0600

KELL LAMPIN, LLC
5770 Mexico Road, Suite A
St. Peters, MO 63376
(636) 757-1700

DIEZ-ARGUELLES & TEJEDOR
505 N. Milles Ave
Orlando, FL 32803
(407) 705-2880

Dated: September 11, 2015

*[signature]*

Nina M. Gussack
George A. Lehner
Kenneth H. Zucker
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Defendant GlaxoSmithKline LLC*

PADBERG & CORRIGAN
1926 Chouteau Avenue
Saint Louis, MO 63103
(314) 621-2900

MCLEAN & MCLEAN, PLLP
108 East Park Ave
PO Box 220
Anaconda, MT 59711
(406) 563-4411

*Attorneys for Plaintiffs*

Dated: __9-15__, 2015

SO ORDERED

_____
Hon. Cynthia M. Rufe
United States District Judge